391 A.2d 704

Commonwealth v. Wilson, Appellant.

Submitted December 6, 1977. Norris E. Gelman, for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 705

Commonwealth v. Woodward, Appellant.

Submitted March 15, 1978. Larry E. Stone, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.